Gloria KIDD, Plaintiff-Appellant,

v.

**LABOR AND INDUSTRIAL RELATIONS COMMISSION OF MISSOURI, and Division of Employment Security, Defendants-Respondents.**

**No. WD 34416.**

Missouri Court of Appeals,
Western District.

June 28, 1983.

Steven L. Hobson of Legal Aid of Western Missouri, Kansas City, for plaintiff-appellant.

Sharon A. Willis, Kansas City, and Rick V. Morris, Jefferson City, for Div. of Employment Sec.

Alan J. Downs, Jefferson City, for Labor and Industrial Relations Com'n of Missouri.

Before LOWENSTEIN, P.J., and WASSERSTROM, and MANFORD, JJ.

### ORDER

PER CURIAM:

This appeal follows the judgment of the circuit court affirming the decision of the Missouri Labor and Industrial Relations Commission denying extended unemployment compensation benefits. Applicable review statute is § 288.210, RSMo 1978.

The judgment is affirmed. Rule 84.16(b).